

IN THE
TENTH COURT OF APPEALS

No. 10-15-00376-CR

SAMUEL UKWUACHU,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2014-1202-C2

ORDER

Appellant's Third Motion to Extend Time for Filing Appellant's Brief is denied.

Appellant's brief is due May 20, 2016.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed April 28, 2016

